UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-01940 |
| Bradley J Pinzer and Erika Pinzer | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON MOTION TO USE SELL OR LEASE PROPERTY 363(b)**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtors to USE SELL OR LEASE PROPERTY 363(b); the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That Debtors Motion USE SELL OR LEASE PROPERTY 363(b) located at 1540 Franklin Ave Unit B River Forest, IL 60305 is hereby granted.
2. The mortgage lien held by Midfirst Bank shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to Midfirst Bank, short-sale approval.
3. Debtors will provide the Trustee with a complete copy of the closing statement within 10 days of closing.
4. Debtors shall be paid the first $30,000 as their homestead exemption.
5. Any proceeds in excess of Debtors homestead exemption shall be paid to the Chapter 13 Trustee to be applied to Debtors plan base.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  November 19, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600