UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Bradley J Pinzer<br>Erika Pinzer<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-01940<br><br>Chapter: 13<br>Honorable Carol A. Doyle |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTORS' MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtors are allowed to keep all of the 2019 tax refund.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 25, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600